United States Bankruptcy Court
Eastern District of Michigan

In re: Mary Ann Ferro

Ch. 13
Case No. 19-44566

Judge: TUCKER

Debtor.
_____/

Debtor's Chapter 13 Confirmation Hearing Certificate
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. __X_ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

Trustee Objections:


Issues:

Creditor # 1: Microff-the Debtor is confident she can resolve the objections filed by this creditor
Creditor # 2:
Objections:
Issues:
Creditor# 3:
Issues:

3. ___ Request an adjournment of the confirmation hearing to _____, 2018, due to the following good cause: For the amended plan to to run

4. \_\_\_ Dismiss the case.  [The Court will construe this as a motion by the debtor to dismiss the case under Fed.Bankr.R.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket.]

5. \_\_\_ Convert the case to chapter 7.  [The Court will construe this as a notice by the debtor to convert to chapter 7 under Fed.Bankr.R.P. 1017(f)(3), and the Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. \_\_\_ Re-convert the case to chapter 7.  [The case will remain on the docket and parties will have an opportunity to be heard.]

    /s/ Glen Turpening
Frego & Associates-The Bankruptcy Law Office, P.L.C.
23843 Joy Rd.
Dearborn Heights, MI 48127
313.724.5088
fregolaw@aol.com
Glen T. Turpening (P65230)

2